IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| BENJAMIN SHANE FOSTER, ) | | |
| Reg. No 12258-002, ) | | |
| ) | | |
| Petitioner, ) | | |
| ) | Civil Action No. | |
| v. ) | 3:19-CV-215-WHA | |
| ) | [WO] | |
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Respondent. ) | | |

## OPINION AND ORDER

This case is before the court on the Recommendation of the Magistrate Judge entered on May 8, 2019, recommending that the case be transferred to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1631. (Doc. # 3.) There are no objections to the Recommendation. After an independent and *de novo* review of the record, the court concludes that the Magistrate Judge's Recommendation should be adopted.

Accordingly, it is ORDERED as follows:

(1) The Magistrate Judge's Recommendation (Doc. # 3) is ADOPTED; and

(2) This case is TRANSFERRED to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1631.

The Clerk of the Court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE this 26th day of June, 2019.

/s/ W. Harold Albritton III
SENIOR UNITED STATES DISTRICT JUDGE